FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 20 2018

CHRISTOPHER A. PRINE
CLERK

CAUSE NO: 01-16-00808 CR

The State of Texas

Vs

Richard Vincent Letizia

IN the 14th Judicial

First district Court of Appeals Tx

At Harris County Tx

## Motion For Extension

To the Honorable Appeals Court Judges of said Court Comes Now Richard Vincent Letizia the defendant in the Above styled and Numbered Cause Files this Motion for time Extension in his Pro se Capacity under the Authority of the Texas Appellant Rules for Appeals

### I.

ON March 7 2018 I Richard Vincent Letizia WAS granted by Judge DAN Spjut Harris County Court, Court Room Number 10, to be allowed to represent myself as Pro se in this cause # 01-16-00808 CR. in This Court of Appeals

### II.

I AM in Harris County Jail again with my bond revoked for this case only because of a failure to Appear for an uncalendared moved up by 11 days by court Rm 10, When Appeals Court requested Richard Letizia back to Court Rm 10, to see and Establish if Richard Letizia Needed the court to provide New Council, or defendant Had His own New Council

or if the defendant was competent to represent himself Pro Se. The District Attorney in Court Rm 10 on March 2 2018 stated that Court Rm 10 tried to notify me by phone and Email the day the calander scheduled date was moved up which was the day before the date of the new Reset. This unfairly created my failure to Appear in Courtroom 10. The Judge in Courtroom 10 immediately Revoked my bond and Issued A warrant for my arrest the day Defendant missed court

## II.

The Harris County Jail, Law library is a cart brought to the cell and as an inmate makes a request for if information is found, it will be printed up to 20 pages only and returned to the Inmate 1 week later. I am very limited in this Jail to research information to provide an accurate and Fact supported defense. Incoming mail is 7 to 10 days behind after reaching this Harris County Jail then distributed to inmates.

## III.

Conclusion and Prayer

I the defendant Richard Vincent Letizia Pro Se is respectfully asking this Appealat Court to Grant this defendant 45 days from 3/17/18 an Extension of time before this Honorable court makes Any decision. This will Allow the defendant time as Pro Se while incarcerated to gather and give this Court All Court Rm Record and Fact Ignored and Concealed by the District Attorney. I Richard Vincent

Letizia Prays that this Court will Grant this defendants Motion For Extension. This defendat also prays that the Honorable Judges of this Court will Consider the defendants Bond Reinstatement. This Extension is not a delay of time. This Extension is needed So this Pro Se defendant can provide this Honorable Court of Appeals All the Proof and Facts that I brought up in the Motion for Discretionary Review. To show this Court of Appeals the Needed documents and Court Records of All the defendants alligations from Illegal Arrest on July6 2016 to Inneffictive Counsel through Harris County Court Rm 10 Leeding to Defendants Appeal and Writ of Hebeus Corps. Thankyou

Respectfully Sincere

Richard Vincent Letizia
Pro. Se.

SPN# 02880904

Harris County Jail 6H2
1200 Baker St.
Houston TX 77002

I AM presently incarcerated in the Harris County Jail Harris County Tx I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/17/2018          Richard Vincent Letizia

ORDER

ON This the _____ day of _____ 2018, came to be heard by defendants Motion For Extension and Should be

GRANTED _____
DENIED _____ And it is
So ordered _____
Judge Presiding

Certificate of Service

I Richard Vincent Letizia having been served upon the Respondents Attorney of Record by placing same in the United States Postal Service Mailbox, first class mail, postage prepaid, pre sealed Envelope, to the Harris County District Attorneys office 1201 Franklin Ave, Suite 600 Houston, Texas 77002
Executed on 3/17/18

Affiant Richard Vincent Letizia
SPN 02880904
1200 Baker St 6H2
Houston TX 77002

I Richard Vincent Letizia has sent a true and correct copy to the Clerk of the United States Federal Court because of the Civil Right Violation 4th Amendment Illegal Arrest by Harris County Sheriff on July 6 2016. I will be Requesting Federal Clerk to transfer this case defending on Appeal Court decision for Review of US Bill of Rights Civil Right Violations starting with Illegal Arrest of defendant on July 6 2016 by Harris County texas Sheriff.
This Copy served to the Clerk of United States Federal Court
515 Rusk St Houston TX 77002
Executed 3/17/2018

Affiant Richard Vincent Letizia
Richard Vincent Letizia
SPN# 02880904
1200 Baker St 6H2
Houston TX 77002

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Bland Vincent Lentrin

SPN: 02380904    Cell: 642

Street Houston TX 77002

HOUSTON, TEXAS 77002

aramark

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
MAR 20 2018
CHRISTOPHER A. PRINE
CLERK

NORTH HOUSTON TX 773

19 MAR 2018 PM 1 L

Clerk of 14th Appeals Court

301 Fannin St. Room 245

Houston TX 77002

77002-208270